# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

PATRICIA DAWN KURP,           :   No. 29 WM 2022
                              :
                 Petitioner   :
                              :
                              :
            v.                :
                              :
                              :
THE HONORABLE JAMES SILVIS,   :
WESTMORELAND COUNTY COURT OF  :
COMMON PLEASE JUDGE,          :
                              :
                 Respondent   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of October, 2022, the Application for Leave to File Original Process is GRANTED, and the "Petition for Review in the Nature [of] a Writ of Prohibition and Writ of Mandamus" is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.